**No. 56810.**—W. R. Grace & Co. *v.* United States, protest 172182–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise and issue involved are similar to those passed upon in *W. R. Grace & Co.* v. *United States* (28 Cust. Ct. 148, C. D. 1402), the claim for allowance of the full amount of duties paid, less 1 percent thereof, was sustained.

**No. 56811.**—Centflor Manufacturing Co. and F. L. Kraemer & Co. et al. *v.* United States, protests 137296–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiffs was sustained.

**No. 56812.**—Gane & Ingram, Inc. *v.* United States, protest 185279–K (Philadelphia).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 25, 1952

**No. 56813.**—Intra-Mar Transport Corp. *v.* United States, protest 179679–K (New York).

Opinion by EKWALL, J.   The motion was taken under advisement and the case was submitted.   Upon due consideration, the motion to dismiss was granted.

**No. 56814.**—Packing Products Company, Inc. *v.* United States, protest 179934–K (New York).

Opinion by EKWALL, J.   The court finding that the protest was not filed within the statutory period of 60 days after liquidation, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.

**No. 56815.**—G. Brunella et al. *v.* United States, protests 261176–G, etc. (New York).